No. 17,836.

SQUARE DEAL IMPLEMENT CO. *v.* ROBERT D. MOFFITT.

(303 P. [2d] 685)

Decided November 19, 1956.

Mr. ISAAC MELLMAN, Mr. GERALD N. MELLMAN, for plaintiff in error.

Messrs. HOUTCHENS AND HOUTCHENS, Mr. PAUL E. GARRISON, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.